IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.   25-385 |
| EMILY F. CUSTODIO | : | <u>Filed Under Seal</u> |

<u>ORDER FOR BENCH WARRANT</u>

AND NOW, this     3rd         day of September, 2025, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case. This order, the motion for the bench warrant, and all associated papers and docket entries shall be filed under seal until the time that the indictment in this case is unsealed.

BY THE COURT:

Carol Sandra Moore Wells   Date: 2025.09.03 16:12:16 -04'00'

_____
**HON. CAROL SANDRA MOORE WELLS**
**United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO.   25-385 |
| **EMILY F. CUSTODIO** | : | <u>Filed Under Seal</u> |

## <u>MOTION FOR BENCH WARRANT</u>

AND NOW, this 3rd day of September, 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Nancy E. Potts, Assistant United States Attorney, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Defendant Emily F. Custodio was charged by indictment on September 2, 2025, with one count of voter fraud, in violation of 52 U.S.C. § 20511(2)(B), and voting by an alien, in violation of 18 U.S.C. § 611. The indictment is under seal. Government counsel has made multiple efforts to reach an attorney who represents the defendant in a pending administrative matter in order to arrange for her self-surrender, but counsel has not returned any phone calls or emails. For that reason, the government now moves for a bench warrant in order to effect an arrest based on the charges filed against the defendant on September 2, 2025.

The government further requests that this motion, any order, and all associated papers and docket entries be filed under seal until the time that the indictment in this case is unsealed.

Respectfully submitted,

DAVID METCALF
United States Attorney

*s/ Nancy E. Potts*
Nancy E. Potts
Assistant United States Attorney