

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Nancy E. Potts*  
*Direct Dial: (215) 861-8263*  
*Facsimile: (215) 861- 8618*  
*E-mail Address: Nancy.Potts@usdoj.gov*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

September 9, 2025

U.S. District Court Clerk's Office  
Criminal Division  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

        Re:    <u>United States v. Emily F. Custodio</u>  
                Criminal No. 25-385

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on September 2, 2025.

                                    Very truly yours,

                                    DAVID METCALF  
                                    United States Attorney

                               <u>*/s/ Nancy Potts*</u>  
                                    Nancy E. Potts  
                                    Assistant United States Attorney