IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 25-385 |
| | : | |
| | : | |
| EMILY F. CUSTODIO | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

                                                    Respectfully submitted,

                                                  */s/ Katrina Young*
                                                  KATRINA YOUNG
                                                  Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

      I, Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Nancy Potts, Assistant United States Attorney, office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

                                                      */s/ Katrina Young*
                                                      KATRINA YOUNG
                                                      Assistant Federal Defender

DATE:        October 30, 2025