# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EMILY F. CUSTODIO** | : | 25-385 |
| | : | |

## ORDER

**AND NOW**, this 4th day of November 2025, upon consideration of Motion to Continue Trial and Enlarge Time to File Pretrial Motions (Unopposed) (Doc. No. 16), and the Court finding that this case cannot proceed to trial because a failure to grant a continuance would deny the Defendant reasonable time necessary for adequate and effective preparation, taking into account the complexity of the case and the exercise of due diligence by defense counsel, and would likely make an orderly and fair proceeding impossible or result in a miscarriage of justice, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The case is **SPECIALLY LISTED** for trial on **June 8, 2026**, at **9:30 a.m.,** Courtroom 13A, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The Government shall provide the defendant(s) with all available discovery material to which the defendant(s) (is) (are) entitled no later than **May 25, 2026**. In the event the Government becomes aware of additional discovery material or previously known material

becomes available to which the defendant(s) (is) (are) entitled, it shall be provided by the Government to the defendant(s) within five (5) days of its discovery or availability.

3. Defendant shall file all pretrial motions no later than **May 11, 2026**. The Government shall respond no later than **May 18, 2026.**

4. On or before **May 25, 2026**, the parties shall file motions in limine with the Clerk and serve courtesy copies at Chambers, Room 13614. All responses to motions in limine shall be filed with the Clerk and courtesy copies served at Chambers no later than **June 1, 2026.**

5. No later than **June 1, 2026,** the parties shall file proposed voir dire questions, jury instructions and verdict slip with the Clerk and serve a courtesy copy at Chambers. If a model jury instruction is submitted, the parties shall state the source of the model instruction and whether it is unchanged or modified. If a party modifies a model jury instruction, the modification shall be underlined and deletions shall be placed in brackets. In addition, Counsel shall submit the proposed voir dire questions, jury instructions and verdict slip on a disk or CD, which shall be delivered to Chambers at the time of filing the proposed voir dire questions, jury instructions and verdict slip.

6. The government shall file a trial memorandum with the Clerk and serve a copy at Chambers with its submissions pursuant to paragraph 5 of this Order.

7. The parties shall follow the provisions of Federal Rules of Criminal Procedure 16(a)(1)(G) and (b)(1)(C) in regard to discovery of expert witnesses and in the event a party intends to call an expert witness at trial, the party shall deliver to the opposing party the expert's curriculum vitae and the expert report at least twenty (20) days before trial.

8. A hearing on all motions in limine, including motions to suppress and any necessary *Starks* or *Daubert* hearing, will be held on **June 3, 2026** at **2:30 p.m.**, in Courtroom 13A, 13th Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

9. **Any motion for continuance of the trial must be filed no later than fourteen (14) days prior to the trial date. Absent exceptional circumstances, no application for a continuance filed after this time will be entertained. No application for a continuance of trial will be entertained without the defendant's signed waiver of his Speedy Trial Rights. Counsel shall follow Judge Slomsky's Policies and Procedures, a copy of which can be found online at www.paed.uscourts.gov.**

10. All Counsel are **attached** for the pretrial hearing and trial.

                                                S/ *Joel H. Slomsky*
                                                JOEL H. SLOMSKY, J.