**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NUMBER 25-385** |
| | **:** | |
| | **:** | |
| **EMILY F. CUSTODIO** | **:** | |

**O R D E R**

**AND NOW**, this            day of                           , 2026, in consideration of the Defendant's Unopposed Motion to Enlarge Time to File Pretrial Motions and for Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**.  The time for filing motions in the above-captioned matter is hereby **ENLARGED**.  Furthermore, the Court being advised that defense counsel needs additional time to prepare for trial, and that the Government has no objection to the defendant's motion, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby **ORDERED** that the defendant's unopposed motion for continuance of trial is **GRANTED**.

A revised Scheduling Order is to follow.

**BY THE COURT:**

_____
**THE HONORABLE JOEL H. SLOMSKY**
**Senior United States District Court Judge**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 25-385 |
| | : | |
| | : | |
| EMILY F. CUSTODIO | : | |

### DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS AND FOR CONTINUANCE OF TRIAL

Emily F. Custodio, by her counsel undersigned, respectfully requests that the Court enlarge the time to file pretrial motions and continue trial. In support of this request, it is stated:

1. On September 2, 2025, Emily F. Custodio was indicted by a federal grand jury charging defendant with one count of voter fraud in violation of 52 U.S.C. § 20511(2)(B), and voting by an alien in violation of 18 U.S.C. § 611.

2. Discovery in this matter was initially provided on October 10, 2025, with supplemental discovery received on November 23, 2025. The discovery in this matter is subject to a protective order and must be reviewed in person with Ms. Custodio.

3. As set forth in the Court's November 4, 2025, Scheduling Order, pretrial motions are due on May 11, 2026, with Trial scheduled to begin on June 8, 2026.

4. Undersigned counsel is requesting additional time to review discovery with the defendant, and otherwise prepare for trial and respectfully requests an enlargement of time to properly investigate and research what, if any, pretrial motions are appropriate to file. Additional time is also needed to prepare for trial after all pretrial motions have been decided.

5. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and

(C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6. Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(I).

7. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent this defendant in this matter.

8. A Speedy Trial Waiver signed by the defendant is attached hereto.

9. Nancy Potts, Assistant United States Attorney has advised counsel that she has no objection to this request.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted and the time within which to file pretrial motions be enlarged and trial be continued by ninety (90) days.

Respectfully submitted,

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Federal Defender

# CERTIFICATE OF SERVICE

I, Elizabeth L. Toplin, Assistant Federal Defender, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of Defendant's Unopposed Motion to Enlarge Time to File Pretrial Motions and For Continuance of Trial, via electronically through Eastern District Clerk's Office Electronic Case Filing upon Nancy Potts, Assistant United States Attorney, Suite 1250 - United States Attorney's Office, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Federal Defender

DATE: April 23, 2026