IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-385 |
| EMILY O. CUSTODIO | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

Sincerely,

DAVID METCALF
United States Attorney

**/s/ MARK B. DUBNOFF**
Mark B. Dubnoff
Assistant United States Attorney